UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

COURTNEY HERRING, AS NEXT
FRIEND AND GUARDIAN OF BABY M.T.                )     CIVIL ACTION NO. 1:19-op-45519
                                                )     MDL NO. 1:17-md-02804
    Plaintiff,                                  )
                                                )
-vs-                                            )     O R D E R
                                                )
MCKESSON CORPORATION; CARDINAL                  )
HEALTH, INC.; AMERISCOURCEBERGEN                )
CORPORATION, ET AL                              )
                                                )
    Defendant,                                  )
                                                )
                                                )

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 19, 2025

                                              *s/Dan Aaron Polster*
                                              Dan Aaron Polster
                                              United States District Judge

Case: 1:19-op-45519-DAP Doc #: 11 Filed: 08/19/25 2 of 2. PageID #: 129